

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 28, 2015



Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Tina M Brechlin & Eric C Brechlin, | Chapter 13 Bankruptcy |
|---|---|
| Debtors | Case No. 12-27594-mdm |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE PARTIES
ALLOWING WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. The Trustee is allowed to withdraw the Motion to Dismiss.

2. The Debtors shall pay $925.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to be mailed to the Office of the Chapter 13 Trustee at P. O. Box 730, Memphis, TN 38101-0730 on or before the last day of each month, commencing with September 2015.

3. The Debtors shall provide copies of federal and state tax returns for the year(s) 2014 to the Chapter 13 Trustee on or before October 23, 2015.

4. The Debtors shall pay to the Office of the Chapter 13 Trustee one-half of the net 2014 tax refunds received by the Debtors, if any, or file an amended plan to provide for those refunds, on or before November 30, 2015.

5. Should the Debtors fail to mail the equivalent of one monthly payment through and including May 2016, or fail to provide copies of federal and state tax returns for the year(s) 2014 on or before October 23, 2015, or fail to pay one-half of the net refunds to the Trustee for the year(s) 2014, or file an amended plan to provide for those refunds, on or before November 30, 2015, as provided above, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344

6. If the Debtors pay the Trustee directly rather than through an employer and the Trustee receives the Debtors' payment on or before the 10th day of the month following the month for which such payment was due, the Trustee will consider the payment to have been made timely. If the Trustee receives such payment after the 10th day of the month following the month for which such payment was due and the postmark date is after the last day of such month, the Debtors must prove that the payment was mailed on or before the last day of the month for which it was due.

7. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the court.

#####